**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 24 WAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WENDELL JONES, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.　Allocatur is **DENIED** as to all remaining issues.　The issue, as stated by Petitioner, is:

　　　　Whether the Superior Court erred in denying Petitioner's claim trial counsel was ineffective for failing to request a jury instruction on alibi and failing to object to the court's failure to provide such an instruction in its final charge to the jury?